IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3761-RBJ

ESTIFANOS DANIEL OGBASELASSIE,

      Petitioner,

v.

WILLIAM BARR, U.S. Attorney General,
JOHN FABBRICATORE, ICE Denver Field Office Director,
CHAD WOLF, Secretary of D.H.S.,
JOHNNY CHOATE, Warden,

      Respondents.

## RESPONSE TO ORDER TO SHOW CAUSE

The Court should dismiss as moot Petitioner's application for a writ of habeas corpus.

On February 2, 2021, the Court ordered Respondents to show cause why Petitioner's application should not be granted. ECF No. 17. Petitioner was removed from the country on January 14, 2021. As such, his application—which challenges his allegedly indefinite detention, ECF No. 1 at 2, 10—is moot. *See Riley v. INS*, 310 F.3d 1253, 1256-57 (10th Cir. 2002) (holding that a habeas petitioner's "release from detention moots his challenge to the legality of his extended detention"). No exceptions to the mootness doctrine apply. *See id.* And Petitioner has not advanced any argument that collateral consequences exist as a result of his detention. *See Fonge v. Comfort*, 62 F. App'x 266, 268 (10th Cir. 2003) (citing *Tapia Garcia v. INS*, 237 F.3d 1216, 1217-18 (10th Cir. 2001), for the proposition that "deportation does not render an alien's

1

§ 2241 petition moot if the alien alleges sufficient collateral consequences" and dismissing appeal where *pro se* petitioner "failed to advance any argument regarding collateral consequences"). The application should be dismissed.

Respectfully submitted February 9, 2021.

        JASON R. DUNN
        United States Attorney

        s/ *Laura Ellis*
        Laura Ellis
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        Email: Laura.Ellis@usdoj.gov
        Attorney for Respondents

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 9, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following e-mail addresses:

N/A

and I hereby certify that I will mail or serve the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated:

Estifanos D. Ogbaselassie (*by mail to last known address*)
A# 097938145
Aurora Detention Center
3130 N. Oakland Street
Aurora, CO 80010
*Pro Se* Petitioner

*s/ Laura Ellis*
U.S. Attorney's Office